**Appeal Dismissed and Memorandum Opinion filed July 10, 2018.**



**In The**

# Fourteenth Court of Appeals

**NO. 14-18-00119-CV**

**FRANCES  SMITH, Appellant**

**V.**

**OAK BEND APARTMENTS, Appellee**

**On Appeal from County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Cause No. 1103933**

## M E M O R A N D U M    O P I N I O N

This is an appeal from a final judgment signed February 6, 2018. The appellate record was complete as of April 5, 2018. Appellant's brief was due May 7, 2018. No brief or motion for extension of time to file the brief was filed.

On May 17, 2018, the court ordered appellant to file a brief by June 18, 2018. We cautioned that if appellant failed to comply with our order, we would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

No brief or motion for extension of time to file the brief has been filed. Therefore, the appeal is **DISMISSED**.


PER CURIAM


Panel consists of Chief Justice Frost and Justices Donovan and Brown